#60706

# LISA M. BARBACCI
## Chapter 7 Trustee
600 E. Smith Rd. • P.O. Box 1299 • Medina, OH 44258-1299 • Tel 330-722-4488

Karen Rupert, Deputy Clerk-in-Charge  
United States Bankruptcy Court  
Ralph Regula Federal Bldg.  
401 McKinley Ave. SW  
Canton, OH 44702-1745

July 16, 2010

Re: **DISTRIBUTION CHECK UNDER $5**
*In re Tami Jo Willard*, Chapter 7 Bankruptcy Case No. 08-62995

Dear Ms. Rupert:

Per FRBP 3010, a distribution check (No. 1006) in the amount of $4.05 is enclosed. Information pertaining to this distribution is as follows:

| | |
|---|---|
| Case Number: | 08-62995 |
| Debtor: | Tami Jo Willard |
| Name of Creditor: | Lumi Surgery Inc. |
| Creditor's Address: | 1165 Stratford Place<br>Alliance, OH 44601 |
| Amount of Distribution: | $4.05 |

Please contact me with any concerns.

Sincerely,

*Lisa M. Barbacci*

Lisa M. Barbacci  
Chapter 7 Trustee

Enclosure